# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gayla Hammett Ridgell<br>*Plaintiff*<br>v.<br>Andrew Saul, Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No.: 5:18-1703-KDW<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West , United States Magistrate Judge.

Date:   August 21, 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*